**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Witt, Aimee Marie  Case No.

Debtor(s).

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICE DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

- ☐ **Debtor 1** has filed copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

- ☑ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  - ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  - ☑ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:
    **Unemployed prior to pay period Jul 6, 2025 - Jul 19, 2025, unemployed currently.**

  - ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  - ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  - ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information
and belief.

Signature of Debtor 1: _____**s/ Aimee Marie Witt**_____   Date: _____**08/20/2025**_____
Aimee Marie Witt

*********************************************************************************

- ☐ **Debtor 2** has filed copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

- ☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  - ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  - ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  - ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  - ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  - ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information
and belief.

Signature of Debtor 2: _____   Date: _____

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY numbers, routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.