# Earnings Statement

Pay period: Jul 6, 2025 - Jul 19, 2025 Pay Day: Aug 1, 2025
Wells Fargo ( . . . 3084): $712.99

**Company**

EDA Inc, dba Pearle Vision
5515 Xerxes Ave N
Minneapolis, MN 55430
612-222-7857

**Employee**

Aimee Witt
XXX-XX-2757
3290 N Shore Dr
Wayzata, MN 55391

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $25.00 | 31.21 | $780.25 | $780.25 |
| Commission | | | $3.72 | $3.72 |
| Totals | | 31.21 | **$783.97** | **$783.97** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $48.61 | $48.61 |
| Medicare | $11.37 | $11.37 |
| MN Withholding Tax | $11.00 | $11.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $48.61 | $48.61 |
| Medicare | $11.37 | $11.37 |
| FUTA | $4.70 | $4.70 |
| MN Unemployment Tax | $11.05 | $11.05 |
| MN Workforce Development Assessment | $0.78 | $0.78 |
| Minnesota Additional Assessment Tax | $0.55 | $0.55 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $783.97 | $783.97 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $70.98 | $70.98 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $712.99 | $712.99 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $712.99 | $712.99 |
| Total Hours Worked | 31.21 | 31.21 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |

![gusto]

# Earnings Statement

**Company**
EDA Inc, dba Pearle Vision
5515 Xerxes Ave N
Minneapolis, MN 55430
612-222-7857

**Employee**
Aimee Witt
XXX-XX-2757
3290 N Shore Dr
Wayzata, MN 55391

Pay period: Aug 3, 2025 - Aug 16, 2025 Pay Day: Aug 19, 2025
Wells Fargo ( . . . 3084): $1,511.66

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $25.00 | 62.9 | $1,572.50 | $4,174.50 |
| Commission | | | $245.48 | $516.62 |
| Totals | | 62.9 | $1,817.98 | $4,691.12 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $101.24 | $235.02 |
| Social Security | $112.72 | $290.85 |
| Medicare | $26.36 | $68.02 |
| MN Withholding Tax | $66.00 | $162.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $112.72 | $290.85 |
| Medicare | $26.36 | $68.02 |
| FUTA | $10.91 | $28.15 |
| MN Unemployment Tax | $25.63 | $66.14 |
| MN Workforce Development Assessment | $1.82 | $4.69 |
| Minnesota Additional Assessment Tax | $1.28 | $3.30 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,817.98 | $4,691.12 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $306.32 | $755.89 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,511.66 | $3,935.23 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,511.66 | $3,935.23 |
| Total Hours Worked | 62.9 | 166.98 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 0.00 |