| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Aimee Marie Witt<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2757<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: 13   8/25/25 | |
| Case number: | 25–42777 – MAB | | |

**You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options**:

**For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**.

**For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn**

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Aimee Marie Witt | |
| 2. | All other names used in the last 8 years | aka Aimee Marie Hennessy, aka Aimee Witt Hennessy | |
| 3. | Address | 3290 N Shore Dr<br>Wayzata, MN 55391 | |
| 4. | Debtor's attorney<br>Name and address | Margaret R. Henehan<br>Kain & Henehan LLC<br>808 West St. Germain St<br>PO Box 1537<br>St. Cloud, MN 56302 | Contact phone 612–438–8006<br>Email: margaret@kainhenehan.com |
| 5. | Bankruptcy trustee<br>Name and address | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402 | Contact phone: 612–338–7591<br>Email: general@ch13mn.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone (612)–664–5200<br>Web address www.mnb.uscourts.gov<br>Date: 8/26/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2025 at 09:10 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 610 905 5331, and Passcode 9417372653, OR call 1–612–887–6551** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/24/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/3/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/23/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov. No login or password is required. Alternatively, a Proof of Claim form may be obtained at the same website or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **11/6/25 at 10:30 AM**, Location: **Teleconference *ONLY* Deadline to object to confirmation of the Chapter 13 Plan: 10/30/25**. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

District of Minnesota

In re:  
Aimee Marie Witt  
    Debtor

Case No. 25-42777-MAB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 3  
Date Rcvd: Aug 26, 2025      Form ID: 309I      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Marie Witt, 3290 N Shore Dr, Wayzata, MN 55391-9357 |
| 63470331 | + | Altra Federal Credit Union, 3833 Cascade Crk Rd NW, Rochester, MN 55901-1717 |
| 63470334 | + | Children's Health care, 5901 Lincoln Drive, Edina, MN 55436-1611 |
| 63470335 | + | City of Orono, 2750 Kelley Pkwy, Orono, MN 55356-4510 |
| 63470340 | + | Emergency Provider Services, PO Box 856561 6440, Minneapolis, MN 55485-6561 |
| 63470342 | + | Gundersen Lutheran Admin., 1900 South Avenue, La Crosse, WI 54601-5496 |
| 63470345 | + | Johns, Flaherty & Collins, S.C., 205 Fifth Avenue South Suite 600, La Crosse, WI 54601-4134 |
| 63470347 | + | Long Lake Veterinary Clinic, LLC, 1854 West Wayzata Blvd, Long Lake, MN 55356-9491 |
| 63470350 | + | Park Nicollet, PO Box 773217, Detroit, MI 48277-3190 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: margaret@kainhenehan.com | Aug 27 2025 02:42:00 | Margaret R. Henehan, Kain & Henehan LLC, 808 West St. Germain St, PO Box 1537, St. Cloud, MN 56302 |
| tr | + | Email/Text: bnc@ch13mn.com | Aug 27 2025 02:43:00 | Gregory A Burrell, 100 South Fifth Street, Suite 480, Minneapolis, MN 55402-1250 |
| smg | | EDI: MINNDEPREV.COM | Aug 27 2025 02:26:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Aug 27 2025 02:42:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Aug 27 2025 02:42:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63470330 | + | EDI: GMACFS.COM | Aug 27 2025 02:26:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 63470333 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Aug 27 2025 02:42:00 | Centerpoint Energy, PO Box 4671, Houston, TX 77210 |
| 63470336 | ^ | MEBN | Aug 26 2025 22:25:24 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 63470337 | + | Email/Text: cbdupdate@cbdlax.com | Aug 27 2025 02:50:00 | Credit Bureau Data, Inc, Attn: Bankruptcy, 518 State Street ,PO Box 2288, La Crosse, WI 54602-2288 |
| 63470338 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2025 00:03:25 | Credit One Bank, Attn: Bankruptcy Department, PO Box 60500, City of Industry, CA 91716-0500 |
| 63470339 | + | Email/Text: lisamoore@creditoradvocates.com | Aug 27 2025 02:43:00 | Creditor Advocates, PO Box 1264, Prior Lake, MN 55372-0864 |
| 63470341 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 02:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

Case 25-42777  Doc 10  Filed 08/28/25  Entered 08/28/25 23:35:46  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 309I | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 63470343 | + | EDI: PHINHARRIS | Aug 27 2025 02:27:00 | Harris & Harris of Illinois, Ltd., 111 West Jackson Boulevard Suite 650, Chicago, IL 60604-4135 |
| 63470344 |  | EDI: IRS.COM | Aug 27 2025 02:27:00 | Internal Revenue Service, General Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63470329 | + | EDI: JPMORGANCHASE | Aug 27 2025 02:26:00 | Jpmcb Card, Attn: Bankruptcy PO Box 15299, Wilmington, DE 19850-5299 |
| 63470346 | + | Email/Text: bankruptcy@kikoff.com | Aug 27 2025 02:42:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 63470348 | + | EDI: MINNDEPREV.COM | Aug 27 2025 02:26:00 | MN Revenue, BANKRUPTCY SECTION, PO Box 64447, Saint Paul, MN 55164-0447 |
| 63470349 |  | Email/Text: bankruptcy@oliphantfinancial.com | Aug 27 2025 02:42:00 | Oliphant Usa Llc, 1800 2nd St #603, Sarasota, FL 34236 |
| 63470351 |  | Email/Text: lawfirmTX@RAUSCHSTURM.com | Aug 27 2025 02:42:00 | Rausch Sturm, LLP, 300 N Executive Drive 200, Brookfield, WI 53005 |
| 63470352 |  | EDI: SYNC | Aug 27 2025 02:26:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 63470353 |  | Email/Text: bankruptcynotices@sba.gov | Aug 27 2025 02:42:00 | US Small Business Administration, Attn: Bankruptcy, 409 3rd St SW, Washington, DC 20416-0011 |
| 63470354 | + | EDI: WISCDEPREV.COM | Aug 27 2025 02:27:00 | Wisconsin Department of Revenue, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63470332 |  | Attorney Fees (Kain + Henehan) |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |

| District/off: 0864-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 309I | Total Noticed: 31 |

| | |
|---|---|
| Margaret R. Henehan | on behalf of Debtor 1 Aimee Marie Witt margaret@kainhenehan.com margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3