UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## STATEMENT OF ALLY BANK
## REGARDING CORPORATE OWNERSHIP

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Creditor Ally Bank, respectfully submits this corporate disclosure statement.

Ally Bank is an indirect wholly owned subsidiary of Ally Financial Inc. ("Ally Financial"). Ally Financial's common stock is publicly traded on the New York Stock Exchange. Ally Financial does not have a parent corporation. No publicly held company holds ten percent (10%) or more of Ally Financial's common stock.

I declare under penalty of perjury that the foregoing is true and correct.

This Statement is valid from execution unless the ownership changes, at which time a new Statement will be executed and filed.

Dated: 12/29/2023

Andrea Cunningham
Signature of Authorized Individual
for Ally Bank

Andrea Cunningham
Print Name

Authorized Representative
Title