UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 13

Bankruptcy No.    25-42777

| In Re: | ) |  |
|---|---|---|
|  | ) |  |
| Aimee Marie Witt, a/k/a Aimee Marie Hennessy, Aimee Witt Hennessy | ) ) ) ) ) | **AGREED ORDER REGARDING RELIEF FROM STAY** |
| Debtor, | ) ) ) |  |

This case is before the court in the motion of creditor Iris Waade for relief from the automatic stay imposed by 11 U.S.C. § 362(a). Pursuant to the agreement of the parties:

Debtor Aimee Marie Witt is a tenant at a rental unit owned by Iris Waade located at: 3290 North Shore Drive, Wayzata, MN 55391. "The Property."

1. Debtor Aimee Marie Witt will pay Iris Waade $8,000 via cashier's check in person payable to Iris Waade before 5 p.m. on November 3, 2025.

2. If Debtor does not pay Iris Waade this money, Iris Waade will be able to file a declaration of her counsel with this Court to apply for expedited relief from the automatic stay sought in her instant motion without a hearing pursuant to Fed. R. Bankr. P. 4001(5).

3. If the Debtor pays Iris Waade the $8,000, then she may reside in the property until November 30, 2025.  If the Debtor stays in the property past November 30, 2025, Iris Waade will be able to file a declaration of her counsel with this Court to apply for expedited relief from the automatic stay sought in her instant motion without a hearing pursuant to Fed. R. Bankr. P. 4001(5).

4. If the Debtor meets the conditions set forth in paragraphs 1 and 3, paying the money and vacating the property, Iris Waade will not oppose expungement of Hennepin County Court File No. 27-CV-HC-25-7132.

Dated: _____

Mychal A. Bruggeman
United States Bankruptcy Judge