UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: <br><br> Aimee Marie Witt, a/k/a Aimee Marie Hennessy, Aimee Witt Hennessy <br><br> Debtor | Chapter 13 <br><br> Case No.: 25-42777 |

**AGREED ORDER DENYING MOTION FOR RELIEF FROM STAY WITH CONDITIONS FOR CONTINUATION OF THE STAY**

This case is before the court on the motion of Iris Waade ("Movant") for relief from the automatic stay imposed by 11 U.S.C. § 362(a) wherein the Movant sought to terminate the stay due to the non-payment of rent by Debtor as to premises leased from Movant. The parties filed a stipulated agreement for the conditional continuation and modification of the automatic stay.

Pursuant to the agreement of the parties under 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001(d), the automatic stay shall be conditioned and modified on the following terms:

1. The Court finds that notice of the Movant's original motion for relief under Fed. R. Bankr. P. 4001(a) is sufficient to give reasonable notice of the agreement's material provisions herein and that the procedures under subdivisions (1) through (4) of Fed. R. Bankr. P. 4001(d) do not apply to the agreement.

2. Debtor Aimee Marie Witt is a tenant at a rental unit owned by Movant located at: 3290 North Shore Drive, Wayzata, MN 55391 (the "Property").

3. Debtor agrees to pay Movant $8,000 via cashier's check in person payable to Movant on or before 5 p.m. on November 3, 2025.

1

4. If the Debtor does not make this payment, Movant may file a declaration of her counsel with this Court to apply for expedited relief from the automatic stay sought in her instant motion without a further hearing.

5. If the Debtor makes the $8,000 payment, Movant agrees then she may reside in the Property until November 30, 2025. If the Debtor occupies the Property beyond November 30, 2025, Movant may file a declaration of her counsel with this Court to apply for expedited relief from the automatic stay sought in her instant motion without a further hearing.

6. Pursuant to a declaration filed as referenced above, the Court may enter an order in substantial conformance with Local Form 4001-1(b)(1) terminating the stay as to the Property described by Movant in its motion for relief without further notice or hearing.

7. If the Debtor meets the conditions set forth in paragraphs 3 and 5, paying the money and vacating the property, Movant will not oppose expungement of the eviction pending in Hennepin County District Court.

IT IS ORDERED: The motion is denied.

Dated:_____          _____
                                       Mychal A. Bruggeman
                                       United States Bankruptcy Judge