UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:  Chapter 13

Aimee Marie Witt,  Case No. 25-42777

        Debtor.

------------------------------------
NOTICE OF APPEARANCE
------------------------------------

Pursuant to Fed. R. Bankr. P. 9010(b) and 2002(g), the undersigned hereby notes her appearance as attorney for the United States Small Business Administration and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the address set forth below.  This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure (as incorporated by the Federal Rules of Bankruptcy Procedure).

Dated: November 24, 2025

DANIEL N. ROSEN
United States Attorney

*s/ Adine S. Momoh*

BY:  ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN   55415
Adine.Momoh@usdoj.gov
(612) 664-5600

Attorneys for the  United States Small Business Administration

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Aimee Marie Witt, | Case No. 25-42777 |
| Debtor. | |

### UNSWORN CERTIFICATE OF SERVICE

I, <u>Barbara Wilson</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>November 24, 2025</u> I caused to be served a copy of the following documents:

**Notice of Appearance and Unsworn Certificate of Service**

mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

Aimee Marie Witt
3290 N Shore Dr
Wayzata, MN 55391

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: November 24, 2025           Signed: <u>*s/ Barbara Wilson*</u>
                                                                BARBARA WILSON
                                                                Contractor Paralegal Specialist