UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                              Chapter 13

Aimee Marie Witt,                                   Case No. 25-42777

        Debtor.

_____

## ORDER EXTENDING TIME TO FILE OBJECTION TO DISCHAGE AND DISCHARGEABILITY OF DEBTS

_____

This matter came before the Court on the motion by the United States Small Business Administration for an extension of time to file a complaint to determine dischargeability of debt. No party appeared in opposition to the motion.

Based on all the files, records, and proceedings herein, and for good cause shown,

**IT IS ORDERED**:

1.      The motion is GRANTED.

2.      The United States Small Business Administration has sixty (60) days from the date of this order on its motion to file objections to discharge and a complaint to determine the dischargeability of the debt pursuant to 11 U.S.C. §§ 523(a) and 727(a).

Dated: *December 11, 2025*

                             s/ Mychal A. Bruggeman

                             Mychal A. Bruggeman
                             United States Bankruptcy Judge