UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Aimee Marie Witt, | Case No. 25-42777 |
| Debtor. | |

NOTICE OF HEARING AND MOTION FOR ORDER
AUTHORIZING RULE 2004 EXAMINATIONS

TO:   All parties in interest under Local Rule 9013-2.

1.   THE UNITED STATES OF AMERICA, on behalf of its agency, the United States Small Business Administration ("SBA," collectively, the "Government"), by and through its attorneys Daniel N. Rosen, United States Attorney, and Adine S. Momoh, Assistant United States Attorney (collectively, the "Government"), moves the Court for authorization to conduct examinations under Fed. R. Bankr. P. 2004 and Fed. R. Civ. P. 45 (as incorporated by Fed. R. Bankr. P. 9016) of the following:

   a. Aimee Marie Witt (the "Debtor") both in her individual capacity and in her capacity as:
      i. Sole proprietor d/b/a Miss Aimee's Childcare.
      ii. Owner of Three Rivers Day School LLC.
   b. Three Rivers Day School LLC.

2.   The Court will hold a hearing on this motion on Tuesday, January 6, 2026, at 11:00 a.m. before the Honorable Mychal A. Bruggeman, Bankruptcy Judge for the District of Minnesota. The hearing will be conducted via Webex with video: https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef.

3. Any response to this motion must be filed and served by delivery not later than Tuesday, December 30, 2025, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. On August 25, 2025, the Debtor filed a voluntary petition (ECF No. 1) for Chapter 13 bankruptcy. The case is now pending in this Court. This motion arises under Fed. R. Bankr. P. 2004 and Fed. R. Bankr. P. 9016 and is filed under Fed. R. Bankr. P. 9013 and 9014 and Local Rules 3015-3, 3020-1, 3020-3, and 9013-1, *et seq*.

5. The SBA is a creditor in the above-captioned case. *See* Fed. R. Bankr. P. 4004 and 4007(c).

6. The SBA has a secured claim of $11,000.00 and a general unsecured claim of $119,017.12 against the Debtor. The total claim is $130,017.12, as set forth in the SBA Proof of Claim (Claim No. 11-1), a true and correct copy of which is attached hereto as **Exhibit A**. No objections to the SBA's claims have been filed. Accordingly, the claims are deemed allowed pursuant to 11 U.S.C. § 502(a).

7. On October 29, 2020, the Debtor, as a sole proprietor d/b/a Miss Aimee's Childcare, submitted an application to the SBA for a Covid-19 Economic Injury Disaster Loan ("Covid EIDL"). In the Covid EIDL application, the Debtor described Miss Aimee's Childcare as providing educational services, specifically daycare. She provided other business information in the application, including that Miss Aimee's Childcare was established on February 20, 2009.

8. On October 30, 2020, the SBA made a Covid EIDL to the Debtor in the amount of $15,700.00 pursuant to a "Loan Authorization Agreement" (together with any amendments, the "Agreement"). The Debtor and the SBA later entered into amended Agreements. The loan was modified on March 24, 2022, in the amount of $72,700.00 and again on May 2, 2022, in the amount of $114,700.

9. The Debtor granted the SBA a security interest in certain identified collateral of Miss Aimee's Childcare securing the Covid EIDL following the first and second loan modifications. The SBA filed a UCC-1 financing statement to perfect its security interest in the collateral securing the Covid EIDL. At all times, the borrower remained Miss Aimee's Childcare.

10. Pursuant to the Agreement, the Debtor and Miss Aimee's Childcare agreed that Miss Aimee's Childcare, as the borrower, would "use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter[.]" The Debtor and Miss Aimee's Childcare further agreed:

> Borrower will not, **without the prior written consent of SBA**, make any distribution of Borrower's assets, or give any preferential treatment, make any advance, directly or indirectly, by way of loan, gift, bonus, or otherwise, to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower, or any other company.

(Emphasis added.)

11. The Government does not yet know for certain whether the Debtor and Miss Aimee's Childcare, as the borrower, misapplied the Covid EIDL proceeds.

12. However, the Government has reason to believe that the Debtor used the loan proceeds to open a new business. According to the Debtor's Statement of Financial Affairs ("SOFA"), the Debtor owned and operated Miss Aimee's Childcare from 2009 to April 2023. She

described the nature of Miss Aimee's Childcare as "in home daycare." Further, according to the SOFA, the Debtor owned and operated Three Rivers Day School LLC from 2022 to July 2025. She described the nature of Three Rivers Day School's business as "private play school." The business activities and dates of ownership and operation between Miss Aimee's Childcare and Three Rivers Day School overlap.

13. The SBA did not approve of any transfer of assets between Miss Aimee's Childcare and Three Rivers Day School.

14. If the Debtor misapplied the Covid EIDL proceeds, she could be facing a separate, additional nondischargeable claim of civil penalties up to 1.5 times the original principal of the Covid EIDL.

15. Based on the above-referenced limited facts known to date, the Government has concerns regarding, among other things, the dischargeability of the SBA's debt in the Debtor's Chapter 13 bankruptcy.

16. The Government seeks to conduct Rule 2004 examinations to, among other things, determine the extent of its claims and remedies in the above-referenced bankruptcy matter, and in particular, its claims against the Debtor, as well as examine the Debtor with respect to her property, conduct, liabilities, and financial condition and to determine whether cause may exist to deny the discharge of debts owed to the SBA in this bankruptcy, including whether the Debtor engaged in fraud.

17. Prior to the date scheduled for the Rule 2004 examinations, the Government requests from the examinees the production of documents and records regarding, among other things, the following topics:

  a. Copies of the filed 2019-2024 federal tax returns for:

   i. The Debtor; and

   ii. Three Rivers Day School LLC.

  b. Financial statements and related documents for the period 2019-2024 for:

   i. Miss Aimee's Childcare; and

   ii. Three Rivers Day School LLC.

  c. The Debtor's Covid EIDL application(s) and submissions and any written communications between her and the SBA regarding the same.

  d. Inventory of the respective assets of:

   i. Miss Aimee's Childcare; and

   ii. Three Rivers Day School LLC.

  e. Documents showing the sale or transfer of Miss Aimee's Childcare assets to Three Rivers Day School LLC.

  f. Any appraisals or valuations of:

   i. Miss Aimee's Childcare; and

   ii. Three Rivers Day School LLC.

The Government reserves the right to amend or supplement the foregoing list.

  18. The information sought pursuant to Rule 2004 is necessary because it relates directly to the acts, conduct, property, and liabilities of the Debtor, all of which affect the administration of the bankruptcy estate.

WHEREFORE, the Government respectfully requests that the Court enter an order authorizing the Government to conduct its examinations, pursuant to Fed. R. Bankr. P. 2004 and Fed. R. Bankr. P. 9016, of the Debtor and others and granting such other and further relief as may be just and appropriate.

Dated: December 23, 2025

                DANIEL N. ROSEN
                United States Attorney

                *s/ Adine S. Momoh*

                BY: ADINE S. MOMOH
                Assistant U.S. Attorney
                Attorney ID Number 0390085
                600 United States Courthouse
                300 South Fourth Street
                Minneapolis, MN 55415
                Phone: 612-664-5600
                Email: Adine.Momoh@usdoj.gov

                Attorneys for United States Small Business Administration