# VERIFICATION

      I, Lorena Solis, an attorney for the United States Small Business Administration Office of General Counsel, declare under penalty of perjury that the foregoing facts in the Motion for Order Authorizing Rule 2004 Examinations by the United States Small Business Administration regarding the Chapter 13 bankruptcy of Aimee Marie Witt are true and correct according to the best of my knowledge, information, and belief.

Dated:

                                                                                                    LORENA SOLIS
                                                                                                 ATTORNEY
                                                                                                 Office of General Counsel
                                                                                                 U.S. Small Business Administration