UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                      Chapter 13

Aimee Marie Witt,                         Case No. 25-42777

           Debtor.

     I, <u>Barbara Wilson</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>December 23, 2025,</u> I caused to be served a copy of the following documents:

**Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations; Verification; Exhibit A; Memorandum of Law of the United States Small Business Administration in Support of Motion for Order Authorizing Rule 2004 Examinations; Unsworn Certificate of Service; and proposed Order**

to be filed via CM/ECF and served via same to the following parties:

**Gregory A Burrell**, cmecfjzkmn@ch13mn.com
**Bradley J. Halberstadt**, bankruptcy@szjlaw.com
**Nathan Myrum Hansen**, nathan@hansenlawoffice.com, nathan.hansen@gmail.com
**Margaret R. Henehan**, margaret@kainhenehan.com, margaret@kainhenehan.com; Henehan.MargaretRl 0562 l@notify.bestcase.com;MHenehan@jubileebk.net
**US Trustee**, ustpregionl2.mn.ecf@usdoj.gov

and to be mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing in the post office at Minneapolis, Minnesota, addressed to each as follows:

Ally Bank dba Ally Capital
2860 Patton Road
Roseville, MN 55113-1100

Alex Hiller
1931 Market St
Lacrosse, WI 54601-5019

Ally Capital c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

Case No. 25-42777  Unsworn Certificate of Service con't

Altra Federal Credit Union
1700 Oak Forest Drive
Onalaska, WI 54650-3500

Altra Federal Credit Union
3833 Cascade Crk Rd NW
Rochester, MN 55901-1717

Amy Singl
1819 16th St S
La Crosse, WI 54601-6433

Andrea Neckar
420 5th Ave S #302
La Crosse, WI 54601-4646

CREDIT BUREAU DATA INC
518 STATE ST
LA CROSSE, WI 54601-3326

CENTERPOINT ENERGY
PO BOX 1700
HOUSTON TX 77251-1700

Children's Health care
5901 Lincoln Drive
Edina, MN 55436-1611

City of Orono
2750 Kelley Pkwy
Orono, MN 55356-4510

Cornerstone
633 Spirit Drive
Chesterfield, MO 63005-1243

Credit Bureau Data, Inc
Attn: Bankruptcy
518 State Street ,PO Box 2288
La Crosse, WI 54602-2288

Credit One Bank
Attn: Bankruptcy Department
PO Box 60500
City of Industry, CA 91716-0500

Creditor Advocates
PO Box 1264
Prior Lake, MN 55372-0864

Emergency Provider Services
PO Box 856561 6440
Minneapolis, MN 55485-6561

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Gundersen Lutheran Admin.
1900 South Avenue
La Crosse, WI 54601-5496

Harris & Harris of Illinois, Ltd.
111 West Jackson Boulevard Suite 650
Chicago, IL 60604-4135

Internal Revenue Service
General Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Iris Waade
3292 N Shore Dr
Wayzata, MN 55391-9357

Case No. 25-42777                                                                 Unsworn Certificate of Service con't

| | |
|---|---|
| JPMCBank, N.A. Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid, Crane & Partners<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Johns, Flaherty & Collins, S.C.<br>205 Fifth Avenue South Suite 600<br>La Crosse, WI 54601-4134 |
| Jon Weiss<br>285 Brady St<br>Elko New Market, MN 55054-5415 | Jpmcb Card<br>Attn: Bankruptcy PO Box 15299<br>Wilmington, DE 19850-5299 |
| Kikoff<br>Attn: Bankruptcy<br>75 Broadway<br>San Francisco, CA 94111-1423 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Long Lake Veterinary Clinic, LLC<br>1854 West Wayzata Blvd<br>Long Lake, MN 55356-9491 | MN Revenue<br>BANKRUPTCY SECTION<br>PO Box 64447<br>Saint Paul, MN 55164-0447 |
| OLIPHANT USA  LLC<br>PO BOX 746411<br>ATLANTA GA 30374-6411 | Park Nicollet<br>PO Box 773217<br>Detroit, MI 48277-3190 |
| RAUSCH STURM LLP<br>250 N SUNNYSLOPE ROAD<br>BROOKFIELD WI 53005-4824 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Triple C Investments LLC<br>18383 Preston Rd<br>Dallas, TX 75252-5476 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Aimee Marie Witt<br>3290 N Shore Dr<br>Wayzata, MN 55391-9357 | |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: December 23, 2025                      Signed: *s/ Barbara Wilson*
                                                                              BARBARA WILSON
                                                                              Contractor Paralegal Specialist