UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Aimee Marie Witt, | Case No. 25-42777 |
| Debtor. | |

ORDER GRANTING 2004 EXAMINATION

This matter came before the court on the motion of the United States of America, on behalf of its agency, the United States Small Business Administration, seeking an order authorizing examinations pursuant to Fed. R. Bankr. P. 2004 and Fed. R. Bankr. P. 9016. Adine S. Momoh, Assistant United States Attorney, appeared on the motion on behalf of the United States of America and the Small Business Administration. Margaret R. Henehan filed a response of no objection on behalf of Aimee Marie Witt.

Based upon the motion, arguments of counsel, and all of the files, records, and proceedings herein,

IT IS ORDERED:

1. The motion is GRANTED.

2. The United States of America may examine the following targets:

    a. Aimee Marie Witt both in her individual capacity and in her capacity as:

        i. Sole proprietor d/b/a Miss Aimee's Childcare.

        ii. Owner of Three Rivers Day School LLC.

    b. Three Rivers Day School LLC.

3. The United States of America will serve Notices of Rule 2004 Examination, which will state the time and place for taking the examinations, upon the debtor and subpoenas upon the

non-debtor entities pursuant to Fed. R. Civ. P. 45 (as incorporated by Fed. R. Bankr. P. 9016). The debtor will accept service of those subpoenas.

4. The debtor and non-debtor entities will produce to the United States of America the following documents at least two (2) weeks before the first scheduled Rule 2004 examination is held:

- a. Copies of the filed 2019-2024 federal tax returns for:
    - i. The Debtor; and
    - ii. Three Rivers Day School LLC.
- b. Financial statements and related documents for the period 2019-2024 for:
    - i. Miss Aimee's Childcare; and
    - ii. Three Rivers Day School LLC.
- c. The Debtor's Covid EIDL application(s) and submissions and any written communications between her and the SBA regarding the same.
- d. Inventory of the respective assets of:
    - i. Miss Aimee's Childcare; and
    - ii. Three Rivers Day School LLC.
- e. Documents showing the sale or transfer of Miss Aimee's Childcare assets to Three Rivers Day School LLC.
- f. Any appraisals or valuations of:
    - i. Miss Aimee's Childcare; and
    - ii. Three Rivers Day School LLC.

Dated: *January 7, 2026*

s/ Mychal A. Bruggeman
MYCHAL A. BRUGGEMAN
United States Bankruptcy Judge