# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                                         Case No. 25-42777

AIMEE MARIE WITT,

           Debtor.                                                                                            Chapter 13

## ORDER

This matter came before the court on the motion of Gregory A. Burrell, Chapter 13 Trustee, for dismissal of the case.

Based on the record, the court finds that dismissal of the case is warranted if the purported $1,950 payment to the trustee is not timely received.

IT IS ORDERED

1. The debtor shall pay the trustee $1,950 for chapter 13 plan payments, in posted funds, by no later than January 22, 2026.

2. If the debtor fails to comply with the terms in the preceding paragraph, the case shall be dismissed promptly upon the filing of an affidavit by the chapter 13 trustee attesting to such non-compliance.

Dated: *January 8, 2026*

                                                                      s/ Mychal A. Bruggeman
                                                                      Mychal A. Bruggeman
                                                                      United States Bankruptcy Judge