UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                        Chapter 13

Aimee Marie Witt,                                             Case No. 25-42777

        Debtor.


ORDER GRANTING 2004 EXAMINATION

This matter came before the court on the motion of the United States of America, on behalf of its agency, the United States Small Business Administration, seeking an order authorizing examinations pursuant to Fed. R. Bankr. P. 2004 and Fed. R. Bankr. P. 9016. Adine S. Momoh, Assistant United States Attorney, appeared on the motion on behalf of the United States of America and the Small Business Administration. Margaret R. Henehan filed a response of no objection on behalf of Aimee Marie Witt.

Based upon the motion, arguments of counsel, and all of the files, records, and proceedings herein,

IT IS ORDERED:

1.     The motion is GRANTED.

2.     The United States of America may examine the following targets:

      a.  Aimee Marie Witt both in her individual capacity and in her capacity as:

          i.  Sole proprietor d/b/a Miss Aimee's Childcare.

         ii.  Owner of Three Rivers Day School LLC.

      b.  Three Rivers Day School LLC.

3.     The United States of America will serve Notices of Rule 2004 Examination, which will state the time and place for taking the examinations, upon the debtor and subpoenas upon the

non-debtor entities pursuant to Fed. R. Civ. P. 45 (as incorporated by Fed. R. Bankr. P. 9016). The

debtor will accept service of those subpoenas.

     4.     The debtor and non-debtor entities will produce to the United States of America the

following documents at least two (2) weeks before the first scheduled Rule 2004 examination is

held:

     a.  Copies of the filed 2019-2024 federal tax returns for:

        i.  The Debtor; and

        ii.  Three Rivers Day School LLC.

     b.  Financial statements and related documents for the period 2019-2024 for:

        i.  Miss Aimee's Childcare; and

        ii.  Three Rivers Day School LLC.

     c.  The Debtor's Covid EIDL application(s) and submissions and any written

        communications between her and the SBA regarding the same.

     d.  Inventory of the respective assets of:

        i.  Miss Aimee's Childcare; and

        ii.  Three Rivers Day School LLC.

     e.  Documents showing the sale or transfer of Miss Aimee's Childcare assets to

        Three Rivers Day School LLC.

     f.  Any appraisals or valuations of:

        i.  Miss Aimee's Childcare; and

        ii.  Three Rivers Day School LLC.

Dated: *January 7, 2026*

                                   s/ Mychal A. Bruggeman
                                   MYCHAL A. BRUGGEMAN
                                   United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

| In re: | Case No. 25-42777-MAB |
|---|---|
| Aimee Marie Witt | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Marie Witt, 3290 N Shore Dr, Wayzata, MN 55391-9357 |
| cr | + | Ally Bank dba Ally Capital, 2860 Patton Road, Roseville, MN 55113-1100 |
| intp | + | United States Small Business Administration, Attn: Adine S. Momoh, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Iris Waade |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adine S. Momoh | |
| | on behalf of Interested Party United States Small Business Administration adine.momoh@usdoj.gov usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Bradley J. Halberstadt | |
| | on behalf of Creditor Ally Bank dba Ally Capital bankruptcy@szjlaw.com |
| Gregory A Burrell | |
| | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |

District/off: 0864-4                          User: admin                                      Page 2 of 2
Date Rcvd: Jan 07, 2026                      Form ID: pdf111                                  Total Noticed: 3

Gregory A Burrell
                          ecfmnmi@trustee13.com

Margaret R. Henehan
                          on behalf of Debtor 1 Aimee Marie Witt margaret@kainhenehan.com
                          margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net

Nathan Myrum Hansen
                          on behalf of Interested Party Iris Waade nathan@hansenlawoffice.com  nathan.hansen@gmail.com

US Trustee
                          ustpregion12.mn.ecf@usdoj.gov


TOTAL: 7