# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Case No. 25-42777

AIMEE MARIE WITT,

Debtor.  Chapter 13

# ORDER

This matter came before the court on the motion of Gregory A. Burrell, Chapter 13 Trustee, for dismissal of the case.

Based on the record, the court finds that dismissal of the case is warranted if the purported $1,950 payment to the trustee is not timely received.

IT IS ORDERED

1. The debtor shall pay the trustee $1,950 for chapter 13 plan payments, in posted funds, by no later than January 22, 2026.

2. If the debtor fails to comply with the terms in the preceding paragraph, the case shall be dismissed promptly upon the filing of an affidavit by the chapter 13 trustee attesting to such non-compliance.

Dated: *January 8, 2026*

s/ Mychal A. Bruggeman
_____
Mychal A. Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:  
Aimee Marie Witt  
    Debtor

Case No. 25-42777-MAB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Marie Witt, 3290 N Shore Dr, Wayzata, MN 55391-9357 |
| cr | + | Ally Bank dba Ally Capital, 2860 Patton Road, Roseville, MN 55113-1100 |
| intp | + | United States Small Business Administration, Attn: Adine S. Momoh, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Iris Waade |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States Small Business Administration adine.momoh@usdoj.gov usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Bradley J. Halberstadt | on behalf of Creditor Ally Bank dba Ally Capital bankruptcy@szjlaw.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf111 | Total Noticed: 3 |

Gregory A Burrell
    ecfmnmi@trustee13.com

Margaret R. Henehan
    on behalf of Debtor 1 Aimee Marie Witt margaret@kainhenehan.com
    margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net

Nathan Myrum Hansen
    on behalf of Interested Party Iris Waade nathan@hansenlawoffice.com  nathan.hansen@gmail.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7