UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                              Chapter 13

Aimee Marie Witt,                                   Case No. 25-42777

        Debtor.

STIPULATION FOR EXTENSION OF TIME TO FILE A COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

The parties, Aimee Marie Witt (the "Debtor"), by and through counsel, and the United States of America, on behalf of its agency, the United States Small Business Administration ("SBA," together with the SBA, the "Government"), by and through its attorneys Daniel N. Rosen, United States Attorney, and Adine S. Momoh, Assistant United States Attorney (collectively, the "Parties"), enter into this stipulation for an extension of time to file objections to discharge and to file a complaint to determine dischargeability of debts owed by the Debtor (the "Stipulation"). The terms of the Stipulation are as follows:

1.      The initial deadline for filing objections to discharge and to file a complaint to determine dischargeability of some debts was November 24, 2025. After the Government filed a timely motion for extension of time to file said complaint, upon Order of this Court, the initial deadline was extended to February 9, 2026.

2.      On December 23, 2025, the Government filed a motion for a Rule 2004 examination pursuant to Fed. R. Bankr. P. 2004.

3.      On January 2, 2026, the Debtor filed a Response of No Objection to the Government's motion.

4.      On January 7, 2026, this Court entered an Order granting the Government's motion by default, thereby allowing the Government to examine the following:

      a.  Aimee Marie Witt (the "Debtor") both in her individual capacity and in her capacity as:

            i.  Sole proprietor d/b/a Miss Aimee's Childcare.

            ii.  Owner of Three Rivers Day School LLC.

      b.  Three Rivers Day School LLC.

5.      The Government seeks to conduct Rule 2004 examinations to, among other things, determine the extent of its claims and remedies in the above-referenced bankruptcy matter, and in particular, its claims against the Debtor, as well as examine the Debtor with respect to her property, conduct, liabilities, and financial condition and to determine whether cause may exist to deny the discharge of debts owed to the SBA in this bankruptcy, including whether the Debtor engaged in fraud.

6.      The Parties agree to extend the Government's deadline for filing objections to discharge and to file a complaint to determine dischargeability of debts owed by the Debtor by approximately sixty (60) days from February 9, 2026 (i.e., until April 10, 2026).

7.      Good cause exists for the Government's dischargeability objection deadline to be extended because since the Court entered its Order granting the Government's Rule 2004 motion, the Parties, by and through counsel, have been attempting to schedule the Rule 2004 examinations. However, due to various scheduling conflicts, no dates have been found before the February 9, 2026 deadline runs.

8.      An extension of sixty (60) days should allow sufficient time for the Parties to schedule the examinations and for the Government to conduct them. However, recognizing that

schedules may change, the Parties reserve the right to request an additional extension should the

need arise, as the Government wants to conduct the Rule 2004 examinations before commencing

any adversary proceeding, as such a proceeding might not be necessary.

9.      Pursuant to Local Rule 9011-1(b)(3), the Parties' respective counsel authorize the

filing of this document with their respective electronic signatures.

[*signature page follows*]

Dated: February 6, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID Number 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Adine.Momoh@usdoj.gov

Attorneys for United States Small Business
Administration

Dated:

KAIN + HENEHAN LLC

s/ *Margaret R. Henehan*
MARGARET R. HENEHAN
Atty #0395419
2299 Waters Dr
Mendota Heights, MN 55120
margaret@kainhenehan.com
612.438.8006

Attorneys for Debtors