UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                                                   Chapter 13

Aimee Marie Witt,                                                              Case No. 25-42777

        Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Barbara Wilson, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on February 6, 2026, I caused to be served a copy of the following documents:

**Stipulation for Extension of Time to File a Complaint to Determine Dischargeability of Debt; Unsworn Certificate of Service; and proposed Order**

to be filed and served electronically via CM/ECF to the following participants:

**Gregory A Burrell**, cmecfjzkmn@ch13mn.com
**Bradley J. Halberstadt**, bankruptcy@szjlaw.com
**Nathan Myrum Hansen**, nathan@hansenlawoffice.com, nathan.hansen@gmail.com
**Margaret R. Henehan**, margaret@kainhenehan.com, margaret@kainhenehan.com; Henehan.MargaretRl 0562 l@notify.bestcase.com;MHenehan@jubileebk.net
**US Trustee**, ustpregionl2.mn.ecf@usdoj.gov

and to mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing in the post office at Minneapolis, Minnesota, addressed to each as follows:

Aimee Marie Witt
3290 N Shore Dr
Wayzata, MN 55391

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: February 6, 2026        Signed:  *s/ Barbara Wilson*
                                                     BARBARA WILSON
                                                     Contractor Paralegal Specialist