UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                                                  Chapter 13

Aimee Marie Witt,                                                         Case No. 25-42777

       Debtor.

ORDER

Based on the stipulation for extension of time to file a complaint to determine dischargeability of debt between Aimee Marie Witt and the United States Small Business Administration, all the files, records, and proceedings herein, and for good cause shown,

**IT IS ORDERED**:

The United States Small Business Administration has until April 10, 2026, to file objections to discharge and a complaint to determine the dischargeability of the debt pursuant to 11 U.S.C. §§ 523(a) and 727(a).

Dated:

                                              MYCHAL A. BRUGGEMAN
                                              United States Bankruptcy Judge