UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:  Chapter 13

Aimee Marie Witt,  Case No. 25-42777

Debtor.

ORDER

Based on the stipulation for extension of time to file a complaint to determine dischargeability of debt between Aimee Marie Witt and the United States Small Business Administration, all the files, records, and proceedings herein, and for good cause shown,

**IT IS ORDERED**:

The United States Small Business Administration has until April 10, 2026, to file objections to discharge and a complaint to determine the dischargeability of the debt pursuant to 11 U.S.C. §§ 523(a) and 727(a).

Dated: February 10, 2026

s/ Mychal A. Bruggeman
MYCHAL A. BRUGGEMAN
United States Bankruptcy Judge