UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                                                    Chapter 13

Aimee Marie Witt,                                                             Case No. 25-42777

      Debtor.

## ORDER

Based on the stipulation for extension of time to file a complaint to determine dischargeability of debt between Aimee Marie Witt and the United States Small Business Administration, all the files, records, and proceedings herein, and for good cause shown,

**IT IS ORDERED**:

The United States Small Business Administration has until April 10, 2026, to file objections to discharge and a complaint to determine the dischargeability of the debt pursuant to 11 U.S.C. §§ 523(a) and 727(a).

Dated: *February 10, 2026*

                                                                             s/ Mychal A. Bruggeman
                                                                             MYCHAL A. BRUGGEMAN
                                                                             United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 25-42777-MAB

Aimee Marie Witt  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 2

Date Rcvd: Feb 10, 2026     Form ID: pdf111     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Marie Witt, 3290 N Shore Dr, Wayzata, MN 55391-9357 |
| cr | + | Ally Bank dba Ally Capital, 2860 Patton Road, Roseville, MN 55113-1100 |
| intp | + | United States Small Business Administration, Attn: Adine S. Momoh, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Iris Waade |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States Small Business Administration adine.momoh@usdoj.gov usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Bradley J. Halberstadt | on behalf of Creditor Ally Bank dba Ally Capital bankruptcy@szjlaw.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |

| District/off: 0864-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdf111 | Total Noticed: 3 |

Gregory A Burrell
    ecfmnmi@trustee13.com

Margaret R. Henehan
    on behalf of Debtor 1 Aimee Marie Witt margaret@kainhenehan.com
    margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net

Nathan Myrum Hansen
    on behalf of Interested Party Iris Waade nathan@hansenlawoffice.com nathan.hansen@gmail.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7