**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                          Case No: 25–42777

Aimee Marie Witt,                                                               Chapter 13

Debtor(s).

---

**ORDER AND NOTICE OF DISMISSAL**

---

The chapter 13 trustee has requested that the court dismiss Aimee Marie Witt. After notice and hearing the court has determined that the case as to Aimee Marie Witt should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Aimee Marie Witt is dismissed under 11 U.S.C. §§ 349 and 1307. Within 7 days of the date of this order, any unresolved requests for compensation, including unresolved applications for compensation from the debtor(s) attorney requesting a presumptively reasonable fee, must be filed as a motion for allowance of administrative expenses under 11 U.S.C. § 503(b).

Dated: 4/10/26                                         s/ Mychal A Bruggeman
                                                       United States Bankruptcy Judge

**odsm/mnbodsm.jsp** 02/26